# Court of Appeals
# of the State of Georgia

ATLANTA,  January 30, 2024

*The Court of Appeals hereby passes the following order:*

**A24A0777. SAMIER HADEE TOWNSEND v. THE STATE.**

In 2015, Samier Townsend pled guilty to two counts of aggravated assault and robbery by force. He was sentenced as a first offender to ten years' probation. In 2017, the State filed a petition to revoke Townsend's probation. The trial court entered a probation revocation order directing that Townsend must serve 90 days and then abide by additional special conditions for the balance of his probation. Later in 2017, after a subsequent petition from the State, the trial court entered a probation revocation order directing that Townsend must remain in custody while awaiting acceptance into a state probation detention center.[1] Townsend filed a direct appeal from the trial court's order.[2] We lack jurisdiction.

The underlying subject matter of this appeal is the revocation of Townsend's probation. Consequently, Townsend was required to file an application for discretionary appeal to obtain appellate review of the trial court's order. See OCGA § 5-6-35 (a) (5), (b); *Zamora v. State*, 226 Ga. App. 105, 105 (485 SE2d 214) (1997); *Dean v. State*, 177 Ga. App. 123, 124-125 (1) (338 SE2d 711) (1985). His failure to do so deprives us of jurisdiction over this direct appeal. See *Zamora*, 226 Ga. App. at 105.

---

[1] The trial court entered additional probation revocation orders in 2019 and 2020.

[2] Although Townsend filed his notice of appeal in November 2017, the trial court did not transmit the case to the Court of Appeals until December 2023. In a note attached to the record, the clerk explained that the trial court had been searching, unsuccessfully, for a transcript or audio recording of the revocation hearing.

Accordingly, this appeal is hereby DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,__01/30/2024_____*

     *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

     *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____Stephen E. Castlen_____ *, Clerk.*